CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
RANDOLPH J. ST. CLAIR
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Randy.StClair@usdoj.gov

*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:21-mj-112-WGC |
| Plaintiff, | **ORDER ON STIPULATION TO CONTINUE PRELIMINARY EXAMINATION** |
| v. | |
| DAI CHANH DIEP<br>    aka "Dai Chang Diep,"<br>    aka "Willy," | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and through CHRISTOPHER CHIOU, Acting United States Attorney for the District of Nevada, and RANDOLPH J. ST. CLAIR, Assistant United States Attorney, counsel for the United States of America, and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for DAI CHANH DIEP, that the preliminary examination under Fed. R. Crim. P. 5.1 currently set for November 16, 2021, at 2:00 p.m., be continued until November 22, 2021 at 2:00 p.m.

Through counsel, defendant waives the preliminary examination pursuant to Fed. R. Crim. P. 5.1(a)(1) until November 22, 2021, at 2:00 p.m.

DATED this 4th day of November 2021.

| CHRISTOPHER CHIOU<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
|---|---|
| _/s/ Randolph J. St. Clair_<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney | _/s/ Christopher P. Frey_<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for Defendant Diep |

IT IS SO ORDERED.

_____
CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: __November 8, 2021__